IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-CR-8-WKW |
| | ) | |
| DAMIEN MICHAEL PIERCE | ) | |

## **ORDER**

On March 9, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 228) regarding Defendant Pierce's Motion to Suppress (Doc. # 167). Defendant has filed no timely objections. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 228) is ADOPTED; and

2. Defendant's Motion to Suppress (Doc. # 167) is DENIED.

DONE this 27th day of March, 2012.

                                       /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE